UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARISA NIKOLAEYVNA SPELIC,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 15-cv-11029
Honorable Laurie J. Michelson
Magistrate Judge Patricia T. Morris

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [24], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [19], AND DENYING AS MOOT PLAINTIFF'S EMERGENCY MOTION [23]**

Before the Court is Magistrate Judge Patricia T. Morris's Report and Recommendation. (Dkt. 27.) At the conclusion of her Report and Recommendation, Magistrate Judge Morris notified the parties that they were required to file any objections within fourteen days of service, as provided in Federal Rule of Civil Procedure 72(b)(2) and Eastern District of Michigan Local Rule 72.1(d), and that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (Report & Recommendation at 33–34.) No objections were filed.

In *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981), the Sixth Circuit established a rule of procedural default, holding that "a party shall file objections with the district court or else waive right to appeal" and that "a party shall be informed by the magistrate [judge] that objections must be filed within ten days or further appeal is waived." In *Thomas v. Arn*, 474 U.S. 140, 144 (1985), the Supreme Court held that this rule violates neither the Federal Magistrates Act nor the Federal Constitution. Thus, the Court finds that the parties' failure to object is a procedural default, waiving review of the magistrate judge's findings by this Court. *See Thomas*, 474 U.S. at 149 (explaining that Sixth Circuit's waiver-of-appellate-review rule

rested on the assumption "that the failure to object may constitute a procedural default waiving review even at the district court level"); *Garrison v. Equifax Info. Servs., LLC,* No. 10-13990, 2012 WL 1278044, at *8 (E.D. Mich. Apr. 16, 2012) ("The Court is not obligated to review the portions of the report to which no objection was made." (citing *Thomas*, 474 U.S. at 149–52)).

The Court therefore finds that Plaintiff has waived further review of the Report and accepts the Magistrate Judge's recommended disposition. It follows that Defendant's Motion for Summary Judgment (Dkt. 24) is GRANTED, Plaintiff's Motion for Summary Judgment (Dkt. 19) is DENIED, and Plaintiff's Emergency Motion (Dkt. 23) is DENIED AS MOOT.

SO ORDERED.

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE

Dated: December 21, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 21, 2015.

                              s/Jane Johnson
                              Case Manager to
                              Honorable Laurie J. Michelson